UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **LILIAN DE DIOS** <br> *Plaintiff* | * <br> * <br> * | **CASE NO.   12-0877** |
| **VERSUS** | * <br> * | |
| | * | **JUDGE:** |
| **1st LAKE PROPERTIES, INC. aka FIRST** <br> **LAKE PROPERTIES, INC. d/b/a MILLSTREAM** <br> **APARTMENTS, THE DUGGINS LAW FIRM,** <br> **A PROFESSIONAL LAW CORPORATION,** <br> **and DAVID PARKES** | * <br> * <br> * <br> * <br> * | <br> <br> <br> **MAGISTRATE:** |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## O R D E R

**Considering the foregoing Notice of Dismissal:**

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the claims of Lillian DeDios set forth in the above captioned matter against 1st Lake Properties, Inc, aka First Lake Properties, Inc. d/b/a Millstream Apartments; The Duggins Law Firm, A Professional Law Corporation; and David Parkes be DISMISSED WITH PREJUDICE.

**NEW ORLEANS, LOUISIANA**

THIS __23rd__ DAY OF _____July_____, 2012

_____
**DISTRICT JUDGE**